# MINUTE ORDER

Page 2

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 10/28/2019   Time: 2:00 p.m.

Defendant: 1) CENTENO A. HANSEL ANDRES    J#: 18428-104    Case #: 19-3705-MJ-BECERRA

AUSA: Michael Thakur      Attorney: AFPD Julie Holt

Violation: POSS/CONTROLLED SUBSTANCE ON BOARD VESSEL / WARR/COMPLAINT/D/V

Surr/Arrest Date: 10/27/2019    YOB: 1991

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ○ Yes ○ No     Recommended Bond:

Bond Set at:      Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs

Language: Spanish

- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Disposition:
- Deft advised of rights
- Deft sworn
- Court appt AFPD
- Gvt seeks PTD

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
(PTD)/Bond Hearing: 10/31   10a   Duty   MIA
Prelim/Arraign or (Removal:) 10/31   "   "   "
Status Conference RE:
D.A.R. 14:11:25/14:35:07     Time in Court: 6 mins

s/Jacqueline Becerra      Magistrate Judge